IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DONNA LOHR,                          )
                                     )
            Plaintiff,               )
                                     )
    v.                               )    1:12CV718
                                     )
UNITEDHEALTH GROUP                   )
INCORPORATED,                        )
                                     )
            Defendant.               )

## RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

On Motion of Defendant (Docket Entry 9), without opposition by Plaintiff (Docket Entry 13), and for reasons identified in Defendant's instant Motion,

**IT IS RECOMMENDED** that Defendant's Motion for Partial Judgment on the Pleadings (Docket Entry 9) be granted and that Plaintiff's second and third causes of action be dismissed.

                                /s/ L. Patrick Auld
                              **L. Patrick Auld**
                       **United States Magistrate Judge**
November 20, 2012