# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DONNA LOHR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:12CV718 |
| | ) | |
| UNITEDHEALTH GROUP | ) | |
| INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

## RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

On Motion of Defendant (Docket Entry 9), without opposition by Plaintiff (Docket Entry 13), and for reasons identified in Defendant's instant Motion,

**IT IS RECOMMENDED** that Defendant's Motion for Partial Judgment on the Pleadings (Docket Entry 9) be granted and that Plaintiff's second and third causes of action be dismissed.

/s/ L. Patrick Auld
**L. Patrick Auld**
**United States Magistrate Judge**

November 20, 2012