IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DONNA LOHR,                       )
                                  )
            Plaintiff,            )
                                  )
        v.                        )    1:12CV718
                                  )
UNITEDHEALTH GROUP                )
INCORPORATED,                     )
                                  )
            Defendant.            )

**O R D E R**

On November 20, 2012 the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. [Docket Entries 14 & 15.] No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a de novo review and the Magistrate Judge's Recommendation [Docket Entry 14] is hereby adopted.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Partial Judgment on the Pleadings [Docket Entry 9] is granted and that Plaintiff's second and third causes of action are dismissed.

This the 20th day of February, 2013.

                              /s/ N. Carlton Tilley, Jr.
                         Senior United States District Judge